IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN DALE HUGHES                                                                                         PLAINTIFF

v.                                              Case No. 14-2040

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                           DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Judgment will be entered accordingly.

The pending motion to supplement the record (Doc. 9) is denied as subsumed into the issues to be addressed on remand.

**IT IS SO ORDERED** this 23rd day of December, 2014.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE