IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN DALE HUGHES

                                                     PLAINTIFF

      v.                            CIVIL NO. 14-2040

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                           DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Pending now before this Court is Plaintiff's Motion for Attorney Fees Under the Equal

Access to Justice Act ("EAJA").  ECF No. 18.  The Defendant has filed a response to said

motion, and the matter is now ready for resolution.  This matter is before the undersigned for a

Report and Recommendation.

      On March 29, 2015, Plaintiff filed a motion for attorney's fees and costs under 28 U.S.C.

§ 2412, the Equal Access to Justice Act (hereinafter "EAJA"),  requesting $6969.52, representing

a total of 37.30 attorney hours for work performed in 2014 and 2015 at an hourly rate of $186.25

and $22.39 in expenses incurred with perfecting service.  ECF No. 18.  On April 1, 2015, the

Defendant filed a response objecting to the hourly rate requested.  ECF No. 20.

      It is the opinion of the undersigned that the Plaintiff is entitled to a fee award in this case,

as he or she is the prevailing party, the government's decision to deny benefits was not

"substantially justified", and the time asserted to have been spent in the representation of the

Plaintiff before the district court is reasonable.  *See Jackson v. Bowen*, 807 F.2d 127, 128 (8th

Cir. 1986) (burden is on the Commissioner to show substantial justification for the government's

---

[1]Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013.  Pursuant to Rule
25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner
Michael J. Astrue as the defendant in this suit.

denial of benefits); *Johnson v. Sullivan*, 919 F.2d 503 (8th Cir. 1990) (the hourly rate may be increased when there is "uncontested proof of an increase in the cost of living sufficient to justify hourly attorney's fees of more than $75.00 an hour); and *Allen v. Heckler,* 588 F.Supp. 1247 (W.D.N.Y. 1984) (in determining reasonableness, court looks at time and labor required; the difficulty of questions involved; the skill required to handle the problems presented; the attorney's experience, ability, and reputation; the benefits resulting to the client from the services; the customary fee for similar services; the contingency or certainty of compensation; the results obtained; and, the amount involved).  However, the hourly rate requested by the Plaintiff for work performed in 2014 does exceed the CPI for the time period in question. Therefore, we recommend awarding the Plaintiff $186.00 per hour for the work performed in 2014.  And, although he has not requested a cost of living increase for 2015, we recommend compensating him at an hourly rate of $187.00 for work performed in 2015 for a total fee award of $6963.69.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2528 (2010), the EAJA fee award should be made payable to Plaintiff.  However, as a matter of practice, an EAJA fee made payable to Plaintiff may properly be mailed to Plaintiff's counsel.

The parties should be reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the Plaintiff.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are**

2

**reminded that objections must be both timely and specific to trigger de novo review by the**

**district court.**

**IV.    Conclusion:**

      Based upon the foregoing, I recommend awarding the Plaintiff **$6963.69** pursuant to the

EAJA, 28 U.S.C. § 2412.

      Dated this 2nd day of April 2015.

                 /s/ *J. Marschewski*
                 HON. JAMES R. MARSCHEWSKI
                 UNITED STATES MAGISTRATE JUDGE